ARTHUR M. LEE, Respondent, *v.* STANLEY P. WOODWARD, Appellant.

(Submitted May 31, 1932; decided June 7, 1932.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 149.)

MARGARET L. DONAHUE, as Committee of the Property of PETER DONAHUE, an Incompetent Person, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Submitted May 31, 1932; decided June 7, 1932.)

Motions for reargument denied, without costs. (See 259 N. Y. 98.)